REDACTED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08- 94 |
| | ) |
| JOSHUA BEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about May 31, 2008, in the State and District of Delaware, Joshua Bey, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Pietro Berretta 92F Compact, bearing serial number 042438Z, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense,

including but not limited to the following:

1.  a Pietro Berretta 92F Compact, bearing serial number 042438Z

2. 12 rounds of ammunition.

A TRUE BILL:

_b_

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
      Geoffrey G. Grivner
      Special Assistant United States Attorney

Dated: June 24, 2008