UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  | ) |
|                            | ) |
|     Plaintiff, | ) |
|                            | ) |
|   vs.            | )   CASE NO. 08-94-SLR |
|                            | ) |
| JOSHUA BEY,                | ) |
|                            | ) |
|     Defendant. | ) |

### O R D E R

This **3RD** day of **JULY 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **JULY 17, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

 

*[signature]*

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney