IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CRIMINAL NO. 08-94-SLR |
| | : | |
| JOSHUA BEY | : | |

---

### DEFENDANT JOSHUA BEY'S MOTION FOR ADDITIONAL TIME TO FILE PRE-TRIAL MOTIONS

Joshua Bey, by and through his attorney, James F. Brose, moves the court pursuant to Federal Rule of Criminal Procedure Number 12 for additional time to file pre-trial motions, and in support thereof states the following:

1. On July 3, 2008, defendant Joshua Bey (hereinafter "Bey") was arraigned on a charge of Unlawful Possession of a Firearm in violation of 18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2).

2. By order of Magistrate Judge Stark, Bey was given until July 17, 2008 to file pretrial motions.

3. Defendant received the first batch of discovery in this case from the government on July 8, 2008.

4. Defendant needs additional time to review the discovery in this matter and to investigate certain matters related to the case, specifically, the facts underlying the issuance of the search warrant in the case.

5. On July 14, 2008, Assistant United States Attorney Geoff Grivener informed defense counsel he has no objection

to Bey's request for additional time to file pre-trial motions.

WHEREFORE, under 18 U.S.C. §3161 and Federal Rule of Criminal Procedure 12, the defendant respectfully requests that the Court grant this motion and enter the attached order granting additional time to file pre-trial motions.

                                          Respectfully Submitted,

                                          /s/ Jame F. Brose  
                                          James F. Brose  
                                          206 South Avenue  
                                          Media, PA  19063  
                                          610-891-1989

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
_____

UNITED STATES OF AMERICA      :
                              :
         VS.                  :     CRIMINAL NO. 08-94-SLR
                              :
JOSHUA BEY                    :
_____
```

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant's Motion for Additional Time to File Pre-trial motions, the Court finds that additional time is needed because:

1. Defense counsel requires additional time to review and investigat the discovery materials.

THEREFORE, IT IS ORDERED, in accordance with Federal Rule of Criminal Procedure Number 12, that the defendant shall have thirty (30) days to file pre-trial motions after receipt of discovery provided by the government.

                                    BY THE COURT:


                                    _____,
                                                    J.

CERTIFICATION OF SERVICE

I, James F. Brose, hereby certify that I caused to be electronically filed a copy of the foregoing documents with the Clerk of Courts using CMECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Geoff Grivener, Esq.
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046


Date: July 14, 2008                    /s/ James F. Brose