IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-094-SLR ) |
| JOSHUA BEY, | ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 16th day of July, 2008, having considered defendant's motion to file pretrial motions;

IT IS ORDERED that said motion (D.I. 11) is **granted.**

IT IS FURTHER ORDERED that:

1. Plaintiff's discovery is due no later than **July 31, 2008.** Defendant's pretrial motion(s), if any, shall be filed on or before **August 29, 2008.**

2. A telephonic status conference is scheduled for **Tuesday, September 2, 2008** at **4:30 p.m.**, with the court initiating said call.

3. The time between this order and **September 2, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge